UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENIGNO DIZON SANGALANG, et al.,

Plaintiffs,

v.

BANK OF AMERICA N.A., et al.,

Defendants.

Case No. 15-cv-04752-RS

**ORDER REGARDING MOTION FOR LEAVE TO AMEND COMPLAINT**

Alongside their opposition to defendant Bayview Loan Services LLC's motion to dismiss, plaintiffs seek leave to amend their complaint. *See* Dkt. No. 34.  Any response to this request shall be filed on or before January 6, 2016.

**IT IS SO ORDERED**.

Dated: January 5, 2016

RICHARD SEEBORG
United States District Judge