William F. Marini, Esquire #59703
Law Offices of William F. Marini
1330 East 14th Street
San Leandro, CA 94577
(510) 483-5532

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

OF NORTHERN CALIFORNIA

| | |
|---|---|
| BENIGNO DIZON SANGALANG<br>CONNIE CUARESMA SANGALANG<br><br>Plaintiffs,<br>vs.<br><br>BANK OF AMERICA N.A AND PRLAP INC. AND M&T BANK by BAYVIEW LOAN SERVICES LLC ("BAYVIEW LOAN SERVICES LLC") and LAW OFFICES OF LES ZIEVE ("LAW OFFICES OF LES ZIEVE") AS TRUSTEE; FIRST AMERICAN TITLE INSURANCE COMPANY, A CALIFORNIA CORPORATION; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO, AND DOES 1 - 10,<br><br>Defendants<br>_____/ | Case No: 15-cv-04752-RS<br><br>ORDER<br>STIPULATION TO EXTEND DATE FOR FILING AMENDED COMPLAINT |

This Stipulation and Agreement to extend the January 27, 2016, deadline for Plaintiffs

to file a First Amended Complaint is hereby entered into between Defendants, Law Offices of

1

Les Zieve, Bayview Loan Services LLC, and First American Title Insurance Company, a California Corporation (all Defendants who have appeared thus far in the within action).

## RECITALS

**WHEREAS,** Plaintiffs filed this action an October 14, 2015 in the United States Federal Court, Northern District of California (Case No. 15-cv-04752-RS) alleging causes of action for: 1) Violation First Security Rule, 2) Breach of Oral Contract, 3) Breach of Written Contract, 4) Wrongful Foreclosure, 5) Quiet Title, 6) Slander of Title, 7) Cancellation of Instruments, 8) Promissory Estoppel, 9) Negligence, 10) Negligent Misrepresentation, 11) Fraud, 12) Violation of the Rosenthal Fair Debt Collection Practices, 13) Unfair Business Practices Under B&P Code Section 17200 et seq, and 14) Declaratory Relief.

**WHEREAS,** on January 7, 2016, the Court granted Plaintiffs leave to file an Amended Complaint and Plaintiffs were to amend the Complaint within twenty (20) days of the date of the Order.

**WHEREAS,** Plaintiffs through their counsel William F. Marini are desirous of an extension of time to complete said lengthy Amended Complaint until and through February 7, 2016 (ten days).

## STIPULATION

**COMES NOW THE PARTIES AND HEREBY STIPULATE AS FOLLOWS:**

All parties by and through their attorneys of record, whom have appeared thus far, stipulate that the deadline to file the Amended Complaint shall be extended until and through February 7, 2016.

This Stipulation may be executed in counterpart, each of which will be considered an original, but all of which together will constitute the same instrument, in order to expedite. A fax copy shall be sufficient to lodge with the Court.

Dated: _____

Tanya McCullah, Esq.
Attorney for Defendant, Law
Offices of Les Zieve

Dated: 1/26/2016

Tanya McCullah, Esq.
Attorney for Defendant, Bayview
Loan Services LLC

Dated: _____

L. Bryant Jaquez, Esq.
Attorney for Defendant
First American Title Insurance
Company

Dated: 1-27-2016

William F. Marini, Esq.
Attorney for Plaintiffs

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: _____

Judge of the U.S. District Court

3

This Stipulation may be executed in counterpart, each of which will be considered an original, but all of which together will constitute the same instrument, in order to expedite. A fax copy shall be sufficient to lodge with the Court.

Dated: _____

Tanya McCullah, Esq.
Attorney for Defendant, Law Offices of Les Zieve

Dated: _____

Tanya McCullah, Esq.
Attorney for Defendant, Bayview Loan Services LLC

Dated: 1/27/16

L. Bryant Jaquez, Esq.
Attorney for Defendant
First American Title Insurance Company

Dated: _____

William F. Marini, Esq.
Attorney for Plaintiffs

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: 1/28/16

Judge of the U.S. District Court

3
Stipulation and Agreement to Extend Time to File Plaintiffs' Amended Complaint