William F. Marini, #59703
Law Offices of William F. Marini
1330 East 14th Street
San Leandro, CA 94577
(510) 483-5532
FAX: (510) 3352-2901

Attorney for Plaintiffs

United States District Court

Northern District of California

| | |
|---|---|
| BENIGNO DIZON SANGALANG AND CONNIE CUARESMA SANGALANG, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA N.A et al.<br><br>Defendants | Case No: 15-cv-04752-RS<br><br>ORDER<br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

 I am the attorney for the Plaintiffs in this matter and voluntarily dismiss this lawsuit in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(i).  Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

William F. Marini

Dated:  March 22, 2016      _____

William F. Marini
Attorney for Plaintiffs Benigno Dizon Sangalang and  Connie Cuaresma Sangalang

 IT IS SO ORDERED:

 Dated:  3/22/16

_____
Judge of Federal District Court

Notice of Voluntary Dismissal